IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY L. PETERSEN,<br><br>    Plaintiff,<br><br>  vs.<br><br>ELLA OPP, ALVIN OPP, DORIS AHLMAN, ARNIE AHLMAN, PAULA M. GILSON,<br><br>    Defendants. | 8:12CV420<br><br>ORDER |

Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 11, recommending that this court dismiss this case due to plaintiff's failure to respond to its May 9, 2013, and June 18, 2013, Orders.

No objection has been filed to the F&R. Pursuant to NECivR 41.2 , the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

(1) The F&R, Filing No. 11, is adopted in its entirety; and

(2) This case is dismissed, without prejudice, for plaintiff's failure to prosecute.

Dated this 22nd day of August, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge